DISPOSITION OF PETITIONS FOR DISCRETIONARY REVIEW UNDER G.S. 7A-31

## LEE v. VISION CABLE OF NORTH CAROLINA

No. 479P90

Case below: 100 N.C.App. 190

Petition by plaintiffs for discretionary review pursuant to G.S. 7A-31 denied 10 January 1991.

## LYMANGROVER v. WAKE FOREST UNIVERSITY

No. 336P90

Case below: 99 N.C.App. 222

Petition by plaintiff for discretionary review pursuant to G.S. 7A-31 denied 10 January 1991.

## MID-STATE FORD, INC. v. ELDRIDGE

No. 517P90

Case below: 100 N.C.App. 329

Petition by plaintiff for discretionary review pursuant to G.S. 7A-31 denied 10 January 1991.

## MORTON v. FAHY

No. 503P90

Case below: 100 N.C.App. 329

Petition by defendants for discretionary review pursuant to G.S. 7A-31 denied 10 January 1991.

## MUDUSAR v. V. G. MURRAY & CO.

No. 552P90

Case below: 100 N.C.App. 395

Petition by plaintiff for discretionary review pursuant to G.S. 7A-31 denied 10 January 1991.